IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NOKIA CORPORATION,<br><br>     Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>     Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 10-CV-249<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

**DECLARATION OF MARK BENTLEY IN SUPPORT OF
APPLE INC.'S MOTION TO TRANSFER VENUE TO THE
DISTRICT OF DELAWARE PURSUANT TO 28 U.S.C. § 1404(a)**

I, Mark Bentley, hereby declare:

1. I am employed as Senior Director in Human Resources at Apple Inc., ("Apple") in Cupertino, California. I have been employed by Apple since 2003. I provide this declaration in support of Apple's motion to transfer this case from the Western District of Wisconsin to the District of Delaware pursuant to 28 U.S.C. § 1404(a). Unless otherwise indicated below, the statements in this declaration are based either upon my personal knowledge or corporate records maintained by Apple in the ordinary course of business.

2. Apple is a California corporation headquartered in Cupertino, California.

3. Apple designs, manufactures, and markets personal computers, portable digital music players, and mobile communication devices, and sells a variety of related software, services, peripherals, and networking solutions.

4. I understand that in its Complaint against Apple, Nokia Corporation identifies the following accused products: Apple's iPhone, iPhone 3G, iPhone 3GS, and iPad 3G.

- 1 -

US1DOCS 7584999v2

- 2 -

5. Apple has approximately 8,200 employees who work in its headquarters in Cupertino, many of whom have responsibilities related to the accused products.

6. Apple does not design, develop, or manufacture any of the accused Apple products, or any of its other products, in Wisconsin.

7. As of May 2010, Apple operates more than 220 retail stores in the United States. Only 3 retail stores are located in Wisconsin. The Apple retail stores in Wisconsin are engaged only in general sales, service, and marketing activities. I am not aware of any employee in the Wisconsin retail stores that could be characterized as a relevant witness regarding the products at issue in this litigation. Aside from the retail stores in Wisconsin, Apple does not otherwise maintain any facilities, employees, or documents in the Western District of Wisconsin.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 6/29/10

Mark Bentley